Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65623.—Firmenich, Inc. *v.* United States, protests 240704–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.

No. 65624.—Firmenich, Inc., et al. *v.* United States, protests 60/11161, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65625.—Raymor Mfg. Div., Inc. *v.* United States, protests 60/11419, 60/15026, and 60/15947 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bookshelves, etc., similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 17, 1961

No. 65626.—Corsillo Enterprises, Inc., et al. *v.* United States, protests 59/17509, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65627.—F. W. Woolworth Company *v.* United States, protest 60/20834 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65628.—S. Berger Co. et al. *v.* United States, protests 60/26349, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65629.—New York Merchandise Co., Inc. *v.* United States, protest 58/23446 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that item 37/1811, described as "Funny Face in envelope," is a manufacture in chief value of metal, the claim of the plaintiff was sustained.

No. 65630.—Old Importers, Inc., and Teigh, Inc. *v.* United States, protests 60/25277 and 60/25282 (New York).